# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTIONS

Meeks v. Delta Dental of California, No. 24-cv-10641
Schwarz et al v. Progress Software Corporation et al, No. 23-cv-12127
Bailey v. Genworth Financial, Inc., No. 23-cv-12500

## ORDER OF DISMISSAL

Burroughs, D.J.

      In accordance with the Court's Order, [ECF No. 1910], dated June 24, 2026, it is hereby ORDERED that the above-entitled actions be and hereby are DISMISSED with prejudice.

By the Court,

06/29/2026                                    /s/ Caetlin McManus
Date                                          Deputy Clerk